**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-7774**

———————

NICHOLAS WARNER JONES,

Plaintiff - Appellant,

versus

RONALD MURPHY; ROBERT C. MILLER, ROBERT A. CLAYTON, M.D.; E. G. ELIAS,

Defendants - Appellees,

and

ROY WHITEHOUSE, Regional Administrator; ROBERT GRANGER; RONALD JONES, Physician Assistant; JANE DOE, Registered Nurse; JOHN DOE, Physician Assistant; JAMES WRIGHT, Health Services Administrator; SCOTT D. CORLEW, M.D.; BRYON K. BARTLE, M.D.; ALLEASE SLOAN; NAVZAT TURKMAN,

Defendants.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frank A. Kaufman, Senior District Judge. (CA-91-1166-K)

———————

Submitted: May 29, 1998          Decided: June 30, 1998

———————

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Nicholas Warner Jones, Appellant Pro Se.  Carol A. Zuckerman, WHITEFORD, TAYLOR & PRESTON, Baltimore, Maryland; Philip Melton Andrews, KRAMON & GRAHAM, P.A., Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nicholas Jones appeals from the district court's order granting summary judgment to Defendants Ronald Jones, Robert A. Clayton, Allease Sloan, Nevzat Turkman, Scott D. Corlew, Bryon K. Bartle, and E.G. Elias in an action filed pursuant to 42 U.S.C. § 1983 (1994), and granting summary judgment on all allegations except as to the claim of inadequate medical treatment for suture wire remaining in Jones's abdomen following hernia surgery. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm primarily on the reasoning of the district court. Jones v. Murphy, No. CA-91-1166-K (D. Md. July 22, 1992). We further grant Defendant Clayton's and Elias's motion and memorandum to strike Jones's Reply to the Informal Brief filed by Defendants. We also deny as moot the motion of Roy Whitehouse and Robert Granger to dismiss the case as to them. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3